

December 20, 2019

Josef K. Mensah
212.915.5568 (direct)
Josef.Mensah@WilsonElser.com

**VIA ECF**

United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

Attn: Hon. Vernon S. Broderick
United States District Judge

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J. 12/23/2019
>
> The initial pre-trial conference is adjourned to January 31, 2020, at 10:00 a.m.

Re: Charlton v. Dos Toros LLC et al
    Case No.     :   19-cv-05958 (VSB)
    File No.     :   16541.00224

Dear Judge Broderick:

We represent defendants Dos Toros LLC, Dos Toros Grand Central LLC, Dos Toros Holdings LLC, 636 Lexington Tacos LLC, Aleta Maxwell, and Oliver Kremer in the referenced matter.

We write with plaintiff, and on the consent of defendant Hilary Street, to jointly request an adjournment of the Initial Conference scheduled for January 30, 2020 as counsel for plaintiff and the referenced defendants will be engaged in a previously scheduled private mediation on an unrelated matter.

This is the first request for an adjournment of the Initial Conference requested by the referenced defendants and plaintiff. The requested adjournment does not affect any other scheduled dates. We thank the Court for its attention to this matter.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s Josef K. Mensah*

Josef K. Mensah

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

10404558v.1