

March 16, 2020

**Via ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Granted. SO ORDERED.**

Date: 3/18/2020
New York, New York

*Mary Kay Vyskocil*
United States District Judge

Re: *Charlton v. Dos Toros LLC et al.,* Case No: 1: 19-cv-05958 (MKV)

Dear Judge Vyskocil:

This firm represents the Plaintiff in the above-referenced matter. I write pursuant to Rule 2(B) of Your Honor's Individual Practice Rules, to respectfully request that all claims against individual defendants "Shauna", Maria Ramson, Peter Totillo, and Juventino Flores be dismissed without prejudice. Attorneys for Dos Toros LLC, Dos Toros Grand Central LLC, Dos Toros Holdings LLC, 636 Lexington Tacos LLC, Aleta Maxwell, and Oliver Kremer (collectively, the "Dos Toros Defendants") consent to these claims being withdrawn.

I thank the Court for its time and attention to this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

Respectfully submitted,
_____/s/ Ishan Dave_____
**DEREK SMITH LAW GROUP, PLLC**
ISHAN DAVE
*Ishan@dereksmithlaw.com*
1 Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760

CC: All Counsel of Record (Via ECF)